# WITNESS LIST

Criminal No.   3:09-cr-00059
Caption:    Sentencing of Mary Pat Harper

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## WITNESSES

| NAME | DATE | TIME | |
|---|---|---|---|
| | | Start | End |
| **GOVERNMENT:** | | | |
| *Jeff Huber*<br>Direct, Cross, Re-Direct, Re-Cross | 12/19/11 | 9:20 am | 9:57 am |
| | | | |